# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  February 2, 2017                    523037
_____

In the Matter of the Claim of
    JOHN P. FINNEGAN,
                          Appellant.

                                            MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                          Respondent.
_____

Calendar Date:  November 29, 2016

Before:  McCarthy, J.P., Egan Jr., Rose, Clark and Aarons, JJ.

_____

        John P. Finnegan, North Salem, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Marjorie S. Leff of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed November 6, 2015, which denied claimant's
application for reopening and reconsideration of a prior
decision.

        Decision affirmed.  No opinion.

        McCarthy, J.P., Egan Jr., Rose, Clark and Aarons, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court